

FILED
MAY 29 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

FRANK C. BECKERS

Case No. 2:19mj293
Court Date: June 18, 2019

CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 6454686

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 5, 2019, at Norfolk Naval Shipyard, Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, FRANK C. BECKERS, did willfully and unlawfully injure and commit a depredation against property belonging to a department and agency of the United States, resulting in damages less than $1,000.

(In violation of Title 18, United States Code, Section 1361.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*James T. Cole*
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

28 May 2019
Date